# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-5225
_____

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

    Appellant,

    v.

RANDY SLADE,

    Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Edward P. Nickinson, Judge.

August 8, 2019


PER CURIAM.

    AFFIRMED.

ROWE, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Rhonda B. Boggess of Taylor, Day, Grimm & Boyd, Jacksonville, for Appellant.

Charles Philip Hall and Stephanie A. Taylor of Taylor, Warren & Weidner, P.A., Pensacola, for Appellee.